Matter of Krol (2023 NY Slip Op 05018)

Matter of Krol

2023 NY Slip Op 05018

Decided on October 5, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:October 5, 2023

PM-228-23
[*1]In the Matter of Christie Ann Krol, an Attorney. (Attorney Registration No. 4512885.)

Calendar Date:September 25, 2023

Before:Clark, J.P., Aarons, Reynolds Fitzgerald, Ceresia and Fisher, JJ.

Christie Ann Krol, Tolland, Connecticut, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Christie Ann Krol was admitted to practice by this Court in 2007 and lists an address in Tolland, Connecticut with the Office of Court Administration. Krol now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Krol's application.
Upon reading Krol's affidavit sworn to August 17, 2023 and filed August 21, 2023, and upon reading the September 20, 2023 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Krol is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Clark, J.P., Aarons, Reynolds Fitzgerald, Ceresia and Fisher, JJ., concur.
ORDERED that Christie Ann Krol's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Christie Ann Krol's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Christie Ann Krol is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Krol is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Christie Ann Krol shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.